No. 74–6200.   PROSTROLLO *v.* BOWEN ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 74–1142.   SCHLESINGER, SECRETARY OF DEFENSE, ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.   C. A. D. C. Cir.   Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.